IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLES RICHARD WALDERBACH,
et al.                                                    PLAINTIFFS

        V.                          Civil No. 06-5048

ROBERT EBERT                                              DEFENDANT


                            **O R D E R**

        NOW on this 22nd day of June, 2006, comes on for
consideration the above-styled cause.

        IT APPEARING to the court that the matter has been settled,
counsel for all parties having so advised the court, it is ORDERED
that the case be, and it is hereby, dismissed with prejudice,
subject to the terms of the settlement agreement.

        If any party desires to make the terms of settlement a part
of the record herein, those terms should be reduced to writing and
filed with the court within thirty (30) days from the file date of
this order.

        The court retains jurisdiction to vacate this order and to
reopen the action upon cause shown that settlement has not been
completed and that a party wishes this court to enforce the
settlement agreement specifically.


                        /S/JIMM LARRY HENDREN
                        JIMM LARRY HENDREN
                        UNITED STATES DISTRICT JUDGE